# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS
# REVIEW-JOURNAL
## reviewjournal.com

March 4, 2010
Copyright © Las Vegas Review-Journal

## Sarah Palin may happen in Vegas

Norm Clarke

It worked for Ronald Reagan. Maybe **Sarah Palin** will find the road to the White House runs through Las **Vegas**.

Invited to do the monologue Tuesday on "The Tonight Show with Jay Leno," the 2008 Republican vice presidential nominee joked that she's "picked up a gig **in** Las **Vegas** at the 'Legends' show playing Tiny Fey."

That's okey, dokey with the "Legends **in** Concert" cast at Harrah's Las **Vegas**: Cher, Elvis, Michael Jackson, Aretha Franklin, and even a Leno impersonator.

Harrah's will save a spot for her "anytime she is ready," said Rick Mazer, president of Harrah's Las **Vegas**.

**Palin** used her stand-up comedy debut to poke fun at herself, including a reference to a recent flap when photos revealed she had written notes on the palm of her hand for a speech. She informed Leno she would do her comedy bit without cue cards, adding, "I will know these jokes like the front of my hand."

**Palin** said she was looking forward to seeing snowboarder Shaun White, the Olympic gold medalist, on the show.

"Last time I was this close to the 'Flying Tomato' was when someone threw one at me at a book signing," she said. No kidding, she added.

Reagan briefly headlined **in** Las **Vegas in** 1954 when he tried to get a song-and-dance career started after his acting career faded.

FASHION STATEMENT

U.S. Senate candidate Sue Lowden discovered Sunday that there's such a thing as being underdressed for a NASCAR race.

Lowden wore jeans to Sunday's Shelby American NASCAR race at the Las **Vegas** Motor Speedway.

Her schedule included an invitation to the suite of Bruton Smith, owner of the speedway.

After parking her campaign bus **in** the infield, she was notified that the dress code for the suite prohibited jeans.

Lowden made a Jimmie Johnson-like recovery to salvage the day. By chance, she had a dressier option **in** the "Sue Mobile," and she made a quick change that would have made any NASCAR pit crew proud.

THE SCENE AND HEARD

Flamingo headliner Marie Osmond is returning to the stage a day after the funeral of her son Michael Blosil. "The Donny & Marie Show" resumes its regular schedule March 9, after a week off because of Blosil's death. The Osmonds have added five show dates, April 13-17. These were previously unscheduled dates. ...

The red carpet for the Reel Awards starts at 5 tonight at the Stratosphere. The event, which costs $25, features top tribute artists and impersonators of stars such as Marilyn Monroe, Michael Jackson, Dame Edna, George W. Bush, Whitney Houston and others.

SIGHTINGS

Siegfried & Roy, honored Wednesday at the closing ceremony of the World Magic Seminar for their sponsorship since 1978. Lance Burton read a proclamation from Gov. Jim Gibbons declaring March 3, 2010, as Siegfried & Roy Day. Penn & Teller added a proclamation from the city of Las **Vegas** stating March 2010 as Siegfried & Roy Month, as issued by Mayor Oscar Goodman.

THE PUNCH LINE

"People magazine confirmed that former President (Bill) Clinton called Tiger Woods to offer his support. I wonder what he said? I'm not sure which conversation I'd rather hear — Bill and Tiger or Elin and Hillary." — Jimmy Kimmel

Norm Clarke can be reached at (702) 383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-00887-PMP-PAL   Document 1-1   Filed 06/09/10   Page 5 of 23



# WhatBrianThinksAboutLasVegas.Com
## The Forums!

(Register) (Log In)

Vote For Me!

Funny Nerd Standup Amateur

**Find Me A Comic!**
KTLA-TV



Brian Lojeck
310-638-1378 brian@lo.xxx.com
Improv Video
Clips from
Comedy School
Graduation Show.

▶ 00:00 ━━━━━━━━━━ 00:00 🔊 ━━

## Sarah Palin may happen in Vegas

| New Topic |  | Reply |   **Forum Index -> Vegas News**

|  |  |
|---|---|
|  | View previous topic :: View next topic |
| **Author** | **Message** |
| **silverbow**<br>Rank: The Four Seasons<br><br>Joined: 31 Jan 2006<br>Posts: 7399<br>Location: State of Confusion & Poverty | 🗋 Posted: Thu Mar 04, 2010 12:04 pm   Post subject: Sarah Palin may happen in Vegas           *"Quote"* ✗ Ignore<br><br>NORM CLARKE / LVRJ<br><br>It worked for Ronald Reagan. Maybe Sarah Palin will find the road to the White House runs through Las Vegas.<br><br>Invited to do the monologue Tuesday on "The Tonight Show with Jay Leno," the 2008 Republican vice presidential nominee joked that she's "picked up a gig in Las Vegas at the 'Legends' show playing Tiny Fey."<br><br>That's okey, dokey with the "Legends in Concert" cast at Harrah's Las Vegas: Cher, Elvis, Michael Jackson, Aretha Franklin, and even a Leno impersonator.<br><br>Harrah's will save a spot for her "anytime she is ready," said Rick Mazer, president of Harrah's Las Vegas.<br><br>Palin used her stand-up comedy debut to poke fun at herself, including a reference to a recent flap when photos revealed she had written notes on the palm of her hand for a speech. She informed Leno she would do her comedy bit without cue cards, adding, "I will know these jokes like the front of my hand."<br><br>Palin said she was looking forward to seeing snowboarder Shaun White, the Olympic gold medalist, on the show.<br><br>"Last time I was this close to the 'Flying Tomato' was when someone threw one at me at a book signing," she said. No kidding, she added.<br><br>Reagan briefly headlined in Las Vegas in 1954 when he tried to get a song-and-dance career started after his acting career faded.<br><br>─────────── |
| **Back to top** | ( Profile ) (Priv.Msg ) |
| **Tiki**<br>Rank: Vegas Bodhisattva<br><br>Gender: ♂<br>Joined: 24 Feb 2006<br>Posts: 9527<br>Location: Peoples Republic of Washington State | 🗋 Posted: Thu Mar 04, 2010 12:23 pm   Post subject:                              *"Quote"* ✗ Ignore<br><br>Jeez I hope not. Even though I don't think she's as bad as some people do, I don't think she's presidential material. She too unpredicable.<br><br>───────────<br>"Government is not reason, it is not eloquence, it is force; like fire, a troublesome servant and a fearful master." - George Washington<br><br>1000100 1100101 1110010 1100101 1101011 1000001 1101100 1101100 1111001 1101110 |
| **Back to top** | ( Profile ) (Priv.Msg ) |

Display posts from previous:  All Posts  ·  Oldest First  · [Go]

| New Topic |  | Reply |   **Forum Index -> Vegas News**

All times are GMT - 4 Hours

Page 1 of 1

Jump to: Vegas News                                      · [Go]

You may:
Post: **NO**
Reply: **NO**
Edit: **NO**
Delete: **NO**
Vote: **NO**

Powered by phpBB © 2001, 2005 phpBB Group

# EXHIBIT 3

# EXHIBIT 3

Case 2:10-cv-00887-RMP-RAL   Document 1-1   Filed 06/09/10   Page 8 of 23 1 of 2

# WhatBrianThinksAboutLasVegas.com
## The Forums!
(Register) (Log In)

## Saxe adds theater at Miracle Mile Shops

| New Topic | | Reply |   **Forum Index -> Vegas News**

|  |  |
|---|---|
|  | View previous topic :: View next topic |
| **Author** | **Message** |



**silverbow**
Rank: The Four Seasons

Joined: 31 Jan 2006
Posts: 7441
Location: State of Confusion & Poverty

□ Posted: Thu Apr 08, 2010 10:59 am   Post subject: Saxe adds theater at Miracle Mile Shops     *"Quote"* ✗Ignore

MIKE WEATHERFORD / LVRJ

A venue that once competed with producer David Saxe's V Theater will soon carry his name at the Miracle Mile Shops at Planet Hollywood.

The Saxe Theater will be the new name for the 435-seater formerly operated by magician Steve Wyrick, who surrendered it to the mall in a December foreclosure. Saxe will now oversee both venues, and hopes to have the new venue up and running by June 1.

Saxe has "a very proven track record with us with the V Theater," says Russ Joyner, the mall's general manager. "While we had a lot of considerations to go through, at the end of the day the right person to do this was right in our backyard."

While the twin operation offers economies of scale, Saxe says few ticket buyers should pick up on the mutual ownership. "The game plan is for it to have its own identity, its own shows, marketed separately."

At this point, Saxe says he would rather produce new titles or cut landlord deals with new performers than move any shows over from the three show spaces inside the V, which runs as many as 17 performances of 10 titles per day. He is considering a flagship title based on the history of Las Vegas entertainment.

"Never say never, but right now I don't want to mess with success" at the original theater, he says. However, "the beauty of running a theater (as a neutral venue) is that if I had a show with a short shelf life we could change it, as opposed to an entertainer buying a theater and putting their name on it. If they don't succeed, what do they do?"

Saxe protested Wyrick's lease with mall officials in 2005. Wyrick opened two years later, but neither his show nor a succession of tenant productions ever caught up to the investment. The theater finally closed in December.

Saxe and Joyner doubt Wyrick's failure carries any stigma for the location. Based on the number of inquiries, neither do prospective producers or performers looking at the space. "Everyone's come out of the woodwork," Saxe says. "You can't say, 'Oh it doesn't work because of the mall, or the economy,' when right down the hall there's a line (for the V Theater)."

Case 2:10-cv-00837-RMR-PAL   Document 1-1   Filed 06/09/10   Page 9 of 23

| Back to top | ( Profile ) (Priv.Msg.) | |
|---|---|---|
| **Jinx**<br>Rank: Main Street Station<br><br>Gender: ♂<br>Joined: 03 Feb 2006<br>Posts: 1820<br>Location: Cleveland | ▯Posted: Fri Apr 09, 2010 9:23 am    Post subject: | "Quote" XIgnore |
| | This is good news. I'll be surprised though if he can pull it off, but if anyone can he's the one to do it. He's managed to turn the V theater into a valid out of casino location for shows.<br><br>I won't say it's impossible as he had success with the V, but it has to be hard to have two operations in the same mall that are yours and competing with each other.<br><br>_____<br>It's all about the experience. | |
| Back to top | ( Profile ) (Priv.Msg.) | |

Display posts from previous:  All Posts  ·  Oldest First  ·  [Go]

I New Topic I   I Reply I   **Forum Index -> Vegas News**                All times are GMT - 4 Hours

Page 1 of 1

Jump to:  Vegas News                                 ·  [Go]

You may:
Post: **NO**
Reply: **NO**
Edit: **NO**
Delete: **NO**
Vote: **NO**

Powered by phpBB © 2001, 2005 phpBB Group

# EXHIBIT 4

# EXHIBIT 4

# WhatBrianThinksAboutLasVegas.com

The Forums!

(Register) (Log In)

## Grand opening at Red Rock visitors center set for today

| New Topic | | Reply |   **Forum Index -> Vegas News**

| | View previous topic :: View next topic |
|---|---|
| **Author** | **Message** |

**silverbow**
Rank: The Four Seasons



Joined: 31 Jan 2006
Posts: 7441
Location: State of Confusion & Poverty

Posted: Sat Apr 10, 2010 12:56 pm   Post subject: Grand opening at Red Rock visitors center set for today   *"Quote" X Ignore*

KEITH ROGERS / LVRJ

When visitors go to Red Rock Canyon today, they'll get more than a breath of fresh air and a sweeping view of the park's signature sandstone cliffs.

For the first time since construction began more than a year ago, the visitors' experience will include outdoor exhibits that bring sturdy replicas of some of the park's most fragile features to the foreground: things such as American Indian rock art panels, desert tortoises in their natural habitat, and a life-size cougar that lurks atop one of the shade walls.

It's all designed so people can touch, feel, see and understand the national conservation area from the perspective of earth, water, fire and air.

"You know the kids are going to just love this," said park spokeswoman Hillerie Patton, who strolled through the colorful, concrete walkways Friday and tested some of the hands-on displays.

One of the walks leads to an observation deck where visitors can study a giant map of the parks trails etched into the floor with photo panels on a railing of what they'll see on the trails and beyond the panoramic view.

"People can learn about this to understand how important it is to conserve it," she said.

For example, did you know that tadpole shrimp thrive in the rock features known as "tinajas" that capture rainwater?

The tiny creatures "lay their eggs in the mud at the bottom of the tinajas. But the eggs cannot hatch until they have completely dried out and the tinaja fills with water again," one display reads.

A contingent of park volunteers, Bureau of Land Management personnel and elected officials will hold a grand opening for the new visitors center and exhibit area at 11 a.m. before public access to the displays begins at 2 p.m. Among the attendees will be Sen. Harry Reid, D-Nev., who championed the effort behind the $23 million visitors center expansion project and the bill that paid for it through the sale of public lands in Southern Nevada.

In a nutshell, "Earth, Water, Fire and Air" brings the park's features to the feet of those who visit the center and later want to explore areas where they exist in nature.

The exhibits offer a glimpse of geology from the death of the supercontinent 250 million to 160 million years ago and of human history going back 10,000 years, including the Old Spanish Trail of the 1800s

Case 2:10-cv-00887-PMP-RAL  Document 1-4  Filed 06/09/10  Page 12 of 23

and Las Vegas today.

An amphitheater with seating for 290 gives lecturers a place to talk, actors a stage to perform and provides a place outside to hold weddings.

Look-alike Teddy Roosevelt actor Joe Wiegand will be at the grand opening today and again Sunday from 8:30 a.m. to 4:30 p.m. The admission fee to the park includes access to the visitors center and its outdoor exhibit area.



*A vista of Red Rock Canyon's Aztec sandstone cliffs is framed Friday by a shade structure at the park's new visitors center complex.*

**Back to top**

( Profile ) (Priv.Msg.)

Display posts from previous:  All Posts    Oldest First  ·  Go

| New Topic |  | Reply |  **Forum Index -> Vegas News**

All times are GMT - 4 Hours

**Page 1 of 1**

Jump to:  Vegas News  ·  Go

You may:
Post: **NO**
Reply: **NO**
Edit: **NO**
Delete: **NO**
Vote: **NO**

Powered by phpBB © 2001, 2005 phpBB Group

# EXHIBIT 5

# EXHIBIT 5

www.WhatBrianThinks... Case 2:10-cv-00887-PMP-RAJ Document 1-1 Filed 06/09/10 Page 14 of 23 Page 1 of 1



# EXHIBIT 6

# EXHIBIT 6

Cart & Checkout | Help | Order Status | Shop Home | Currency:    USD

# www.WhatBrianThinksAboutLasVegas.com Store
Purchase apparel and merchandise

www.WhatBrianThinksAboutLasVegas.com Store : WhatBrianThinksAboutLasVegas : **Women's Plus Size Scoop Neck Logo T-Shirt**



**View Larger**

### Women's Plus Size Scoop Neck Logo T-Shirt
**$26.99**

Size: Size Chart
[ 1 (16/18) ▾ ]

Qty:
[ 1 ]  [ Add to Cart ]

Availability: In Stock.
Product Number: 030-129305414

Tell a friend about this product!

**Product Information**

Fit: Standard



Not too tight, not too loose.

Fabric Thickness:

Thin      Thick

Our 100% cotton, women's plus size scoop neck tee is luxuriously soft. Constructed of mid-weight jersey, it's just the right weight for layering. Side seamed construction provides the perfect shape.

- 5.5 oz. 100% luxuriously soft combed ring spun cotton
- Standard fit
- Side seamed contoured shape

## Browse more products:



Jr. Spaghetti Tank-Sign logo     Las Vegas Bib     Kids Baseball Jersey

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2010 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

# EXHIBIT 7

# EXHIBIT 7

# www.WhatBrianThinksAboutLasVegas.com Store

Purchase apparel and merchandise

www.WhatBrianThinksAboutLasVegas.com Store : WhatBrianThinksAboutLasVegas : **Vegas Sign Mug**



## Vegas Sign Mug

This mug features our hand-drawn rendition of the famous Las Vegas landmark.

### $12.99

Qty:
 [1] [Add to Cart]

Availability: In Stock.
Product Number: 030-78513195

Tell a friend about this product!

**Product Information**
The perfect size for your favorite morning beverage or late night brew. Large, easy-grip handle. Treat yourself or give as a gift to someone special.

- Measures 3.75" tall, 3" diameter
- Dishwasher and microwave safe

**View Larger**

## Browse more products:



Women's Plus Size Scoop Neck Logo T-Shirt

Jr. Spaghetti Tank-Sign logo

Las Vegas Bib

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2010 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

# www.WhatBrianThinksAboutLasVegas.com Store

**Purchase apparel and merchandise**

www.WhatBrianThinksAboutLasVegas.com Store : WhatBrianThinksAboutLasVegas : **Vegas Sign Mousepad**



**View Larger**

## Vegas Sign Mousepad

A sign with our own hand-drawn rendtion of the famous Vegas landmark.

### $12.99

Qty:
[1] [Add to Cart]

Availability: In Stock.
Product Number: 030-78513194

Tell a friend about this product!

**Product Information**
Keep your mouse rolling in style on our durable cloth top mousepad. A great gift for geeks, gamers, or anyone with a computer. Rubber backing prevents the mousepad from sliding. Machine washable.

## Browse more products:



Women's Plus Size Scoop Neck Logo T-Shirt

Jr. Spaghetti Tank-Sign logo

Las Vegas Bib

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2010 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

Cart & Checkout | Help | Order Status | Shop Home | Currency:    USD

# www.WhatBrianThinksAboutLasVegas.com Store

**Purchase apparel and merchandise**

www.WhatBrianThinksAboutLasVegas.com Store : WhatBrianThinksAboutLasVegas : **Tote Bag**



**View Larger**



## Tote Bag
### $14.99

Qty:
[  1  ]  [ Add to Cart ]

Availability: In Stock.
Product Number: 030-78513201

Tell a friend about this product!

**Product Information**
Our 100% cotton canvas tote bags have plenty of room to carry everything you need when you are on the go. They include a bottom gusset and extra long handles for easy carrying.

- 10 oz heavyweight natural canvas fabric
- Full side and bottom gusset
- 22" reinforced self-fabric handles
- Machine washable
- Measures 15" x 18" x 6"

## Browse more products:



Women's Plus Size Scoop Neck Logo T-Shirt

Jr. Spaghetti Tank-Sign logo

Las Vegas Bib

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2010 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

Cart & Checkout | Help | Order Status | Shop Home | Currency:    USD

# www.WhatBrianThinksAboutLasVegas.com Store
**Purchase apparel and merchandise**

www.WhatBrianThinksAboutLasVegas.com Store : WhatBrianThinksAboutLasVegas : **Teddy Bear**



**View Larger**

### Teddy Bear
## $14.99

Qty:
[ 1 ]  [ Add to Cart ]

Availability: In Stock.
Product Number: 030-78513203

Tell a friend about this product!

**Product Information**
Our plush bear is a cutie in his own message-bearing t-shirt and festive red and blue ribbons. He's a great gift for Valentine's Day, baby showers, birthdays, get well-wishes, a pair of wedding bears, or any reason you dream up. Put a smile on someone's face. Just grin and bear it!

- Soft plush fur
- 11 inches tall
- Red and blue bow and t-shirt included

## Browse more products:



Women's Plus Size Scoop Neck Logo T-Shirt

Jr. Spaghetti Tank-Sign logo

Las Vegas Bib

## Have any questions? Want to order by phone? Call 1-877-809-1659

**Where's My Stuff?**
- Track your recent orders.
- View or change your order.

**Shipping & Returns**
- See our shipping rates.
- Make a return or exchange.

**Need Help?**
- Satisfaction Guaranteed.
- Visit our Customer Service.

This shop is powered by CafePress.com.
Copyright © 1999-2010 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

# EXHIBIT 8

# EXHIBIT 8

Type of Work:        Text

Registration Number / Date:
                     TX0007145881 / 2010-05-26

Application Title: Sarah Palin may happen in Vegas.

Title:               Sarah Palin may happen in Vegas.

Appears in:          Las Vegas Review-Journal

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-03-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC

================================================================================